IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FRANCES J. BRINSON,**

    **Plaintiff,**

vs.                                                             Case No. 4:12cv436-WS/CAS

**CAROLYN W. COLVIN, Acting**
**Commissioner of Social Security,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

This cause is before the Court on Plaintiff's **UNOPPOSED** Petition for Authorization of an Attorney Fee (Petition) pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), representing attorney's fees in the amount of $16,641.48 for work performed before the Court in this matter.  ECF No. 29.  Plaintiff states in the Petition that the Defendant is

not opposed and points out that the fee should be made payable directly to Plaintiff.  ECF No. 29 at 6.

In light of the above, it is **RECOMMENDED** that:

Plaintiff's Petition, ECF No. 29, be **GRANTED** and the court order that the Commissioner certify and make payment payable to Plaintiff the amount of $16,641.48 as a reasonable attorney's fee.

**IN CHAMBERS** at Tallahassee, Florida, on January 13, 2016.

s/  Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**