UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANCES J. BRINSON,

    Plaintiff,

v.                                                                      4:12cv436–WS/CAS

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____

ORDER GRANTING PETITIONER'S
APPLICATION FOR ATTORNEY'S FEES

    Before the court is the magistrate judge's report and recommendation (doc. 30) docketed January 13, 2016. The magistrate judge recommends that the petitioner's application for attorney's fees pursuant to the Equal Access to Justice Act (EAJA) be granted. The defendant does not oppose the petitioner's request for fees and has not filed objections to the report and recommendation.

    The court having reviewed the matter, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 30) is ADOPTED and incorporated into this order.

2. The petition (doc. 29) for attorney's fees filed by Heather Freeman, attorney for Frances J. Brinson, is GRANTED.

3. The Commissioner is directed to make payment in the amount of $16,641.48 directly to the plaintiff's attorney, Heather Freeman, Law Office of Heather Freeman PLLC, P.O. Box 13962, Tallahassee FL 23208.

DONE AND ORDERED this   1st   day of   February  , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE